United States District Court, Eastern District of New York

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE |
| --- | --- |
| v. | AND APPEARANCE BOND |

Damiano Zummo, Defendant.

Case Number: 17CR601 (ENV) Recv'd 1/22/18

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 19 2018 ★
BROOKLYN OFFICE

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:
[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[✓] Upon **Bond** executed by the defendant in the amount of $ 2,000,000.00 , and
secured by [ ] financially responsible sureties listed below and/or [✓] collateral set forth below.

### Additional Conditions of Release

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[✓] 1.  The defendant must remain in and may not leave the following areas without Court permission: [ ] New York City; [ ] Long Island, NY; [ ] New York State; [ ] New Jersey; [✓] See Attachment A and travel to and from this Court and the permitted areas.
[✓] 2.  The defendant must avoid all contact with the following persons or entities: See attachment A
[✓] 3.  The defendant must avoid and not go to any of the following locations: See attachment A
[✓] 4.  The defendant must surrender all passports to Pretrial Services by _____ and not obtain other passports or international travel documents. ✗
[✓] 5.  The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:
  [✓] a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;
  [✓] b. must report [✓] as directed by Pretrial Services or [✓] in person ___ times per _____ and/or [✓] by telephone ___ times per _____.
  [ ] c. must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.
  [ ] d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.
  [✓] e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:
    [ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;
    [ ] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [ ] religious services, [ ] employment, [ ] school or training, [ ] other activities approved by Pretrial Services, [ ] _____
    [✓] curfew: restricted to home every day from 9 pm to 6 am; or [ ] as directed by Pretrial Services.
  [✓] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/ or from available insurance.
[✓] 6.  Other Conditions: See attachment A.

### APPEARANCE BOND

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $ 2,000,000.00 and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court in the sum of $ _____
[✓] premises located at: 28 Farm Lane, Roslyn Heights, NY & ___ Ursula Ln, Roslyn, NY owned by Lucia, Michael Aquino, Anna Michael Aquino
[✓] I also agree to execute a confession of judgment, mortgage or lien, in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before already filed on 1/17/18

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

*Forfeiture of the Bond.* This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.

| Signature | Date |
| --- | --- |
| ✗ Lucia Zummo / Lucia Zummo, Surety | 1/19/18 |
| ✗ Anna Aquino / Anna Aquino, Surety | 1/19/18 |
| ✗ Michael Aquino / Michael Aquino, Surety | 1/19/18 |

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.

Signature of Defendant

Release of the Defendant is hereby ordered on Jan. 19, 2018.

/s/ USMJ CHERYL POLLAK , USMJ

Distribution:   Canary - Court   Pink - Pretrial Services   Goldenrod - Defendant

## **Attachment A**

1. The defendant must remain in and may not leave the Eastern District of New York and the Southern District of New York. See additional conditions in paragraph 5, below.

2. The defendant will not directly or indirectly associate or have contact with his co-defendant or any other individual associated with organized crime.

3. See paragraph 5, below.

4. The defendant must surrender any and all passports to Pretrial Services.

5. The defendant is subject to electronic monitoring and a curfew for which the defendant is restricted to his residence every day from 9 p.m. to 6 a.m.

6. The defendant will surrender all firearms in his possession, include any which he is licensed to possess.