BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 12/21/2018

CRIMINAL CAUSE FOR PLEADING

DOCKET # 17cr601-1 (ENV)                    Defendant #1

CASE: USA -V- Damiano Zummo

| Defendant | COUNSEL |
| --- | --- |
| Damiano Zummo | Steven Brill |

AUSA: Tanya Hajjar

Interpreter: n/a

COURT REPORTER: Lisa Schmid

X   CASE CALLED FOR PLEADING

X   DEFT SWORN

X   DEFENDANT WITHDRAWS PREVIOUS PLEA OF NOT GUILTY

X   DEFENDANT ENTERS A PLEA OF **GUILTY TO COUNT 2 of the indictment**

X   COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 2 of the indictment

Time in Court: 45 Minutes