

January 19, 2022

**VIA ECF and Email**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *United States v. Damiano Zummo*
        Ind. # 17 Cr. 601 (ENV)

Dear Judge Vitaliano:

  Mr. Zummo is presently released pursuant to a two million ($2,000,000.00) dollar surety bond signed and secured by three financially responsible people. The government and defense counsel have conferred and are jointly requesting that the Court include the additional condition of securing the bond with the following property: 28 Farm Lane, Roslyn Heights, NY 11577.

  As stated, both the government and defense counsel join in this request

  Thank you for your attention and consideration.

            Very Truly Yours,

            SULLIVAN|BRILL, LLP

            By: Steven Brill