

August 15, 2022

**Application Granted
SO ORDERED
Brooklyn, New York
Dated: 8/22/2022**

**VIA ECF and Email**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*/s/Eric N. Vitaliano*
_____
**Eric N. Vitaliano
United States District Judge**

Re: *United States v. Damiano Zummo*
Ind. # 17 Cr. 601 (ENV)

Dear Judge Vitaliano:

    Mr. Zummo is presently released pursuant to a two million ($2,000,000.00) dollar surety bond signed and secured by three financially responsible people. Mr. Zummo has previously pled guilty and is awaiting sentencing. Mr. Zummo respectfully requests permission to travel to Florida for the purpose of investing in and developing property. Although specific dates are not confirmed, Mr. Zummo has spoken to his pre-trial services officer (Mallory Brady), and she has no objection. Once dates are determined, Mr. Zummo will notify her of his itinerary.

    The government has no objection to this request.

    Thank you for your attention and consideration.

    Very Truly Yours,

SULLIVAN|BRILL, LLP

_____
By: Steven Brill