

September 7, 2023

**VIA ECF and Email**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Damiano Zummo*
Ind. # 17 Cr. 601 (ENV)

Dear Judge Vitaliano:

    Mr. Zummo is presently released pursuant to a two million ($2,000,000.00) dollar surety bond signed and secured by three financially responsible people. Mr. Zummo has previously pled guilty and is awaiting sentencing. Mr. Zummo respectfully requests permission to travel to North Carolina for the purpose of investing in and developing property. Although specific dates are not confirmed, Mr. Zummo has spoken to his pre-trial services officer (Mallory Brady), and she has no objection. If permitted, Mr. Zummo would ask the Court to allow him to notify his PTS officer each time he plans to make the trip so that he does not have to seek Court permission each time.

    The government has no objection to this request.

    Thank you for your attention and consideration.

    Very Truly Yours,

    SULLIVAN|BRILL, LLP

    By: Steven Brill